# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Debby Russo ) | |
|     Plaintiff (s) ) | |
| vs. ) | Civil No. 04-4199-CV-C-DW |
| ) | |
| Jo Anne B. Barnhart, ) | |
| Commissioner of Social Security ) | |
| ) | |
|     Defendant (s) ) | |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**: The Court **AFFIRMS** the Commissioner's decision denying Plaintiff's disability benefits after May 30, 2001.

PATRICIA L. BRUNE, CLERK

Date: March 20, 2006                    By: /s/ Y. Johnson
                                                                 Deputy Clerk